IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIVIL ACTION

CHESTER COUNTY AVIATION
HOLDINGS, INC.,

          Plaintiff,

                            NO. 12-3656

   v.

CHESTER COUNTY AVIATION
AUTHORITY, et al.,

          Defendants.

## <u>ORDER</u>

**AND NOW**, this 26th day of August, 2013, upon consideration of Defendants' Motion to Dismiss (Doc. No. 13), and all responses filed thereto, and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** that Defendants' Motion to Dismiss the Complaint is **GRANTED** in full, and the Complaint is dismissed.

BY THE COURT:

**/s/ L. Felipe Restrepo**
L. FELIPE RESTREPO, J.